

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2014

No. 04-14-00661-CR

Clara **SOTO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR9377
Honorable Mary D. Roman, Judge Presiding

## O R D E R

The clerk's record was filed in this appeal on September 24, 2014. The plea bargain agreement contained in the clerk's record states that appellant agreed for punishment to be assessed at 12 months confinement with a $1,500 fine. The judgment reflects that appellant was sentenced to two years confinement with no fine assessed.

On March 24, 2014, the trial court signed a trial court certification stating the underlying case "is a plea-bargain case, and the defendant has NO right of appeal." In order for a case to be a plea-bargain case, however, "the punishment assessed [must] not exceed the punishment recommended by the prosecutor and agreed to by the defendant." TEX. R. APP. P. 25.2(a)(2). Accordingly, based on the documentation provided in the clerk's record, the trial court's certification of defendant's right of appeal appears to be defective. *See Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Sanchez v. State*, 109 S.W.3d 760 (Tex. App.—San Antonio 2003, no pet.). It is therefore ORDERED that the trial court amend the certification and cause the trial court clerk to file a supplemental clerk's record containing the amended certification within twenty days from the date of this order.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2014.



Keith E. Hottle
Clerk of Court